FILED

2002 SEP 13 AM 10:09

U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| REGINALD JEROME KEMP, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 00-N-1909-W |
| WARDEN JOHN EDDIE NAGLE and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

ENTERED
SEP 13 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 12th day of September, 2002.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE